UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEE ET AL** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 23-219-JWD-RLB** |
| **HOOD CONTAINER OF LOUISIANA, LLC** | |

### JUDGMENT

For written reasons assigned (Doc. 63),

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Defendant Hood Container of Louisiana, LLC, and against Plaintiffs Michael Lee and Susan Broadway Lee, and that all claims by Plaintiffs against Defendant are **DISMISSED WITH PREJUDICE**.

Signed in Baton Rouge, Louisiana, on September 5, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**